UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>                        Petitioner,<br><br>              -v.-<br><br>TIG INSURANCE COMPANY,<br><br>                        Respondent. | CIVIL ACTION NO.: 16 Civ. 9527<br><br>**RULE 7.1 STATEMENT** |

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Petitioner ExxonMobil Oil Corporation in the above-captioned matter certifies that ExxonMobil Oil Corporation's corporate parent is Mobil Corporation, and that Mobil Corporation owns 100% of ExxonMobil Oil Corporation's stock. Mobil Corporation's corporate parent is Exxon Mobil Corporation, a publicly traded corporation, and Exxon Mobil Corporation owns 100% of Mobil Corporation's stock.

Dated: New York, New York
December 9, 2016

Respectfully submitted,

COVINGTON & BURLING LLP


By: s/ P. Benjamin Duke
    P. Benjamin Duke

The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1000
pbduke@cov.com

Donald W. Brown
Jeffrey Davidson
One Front Street
San Francisco, California 94111-5356
(415) 591-7063
dbrown@cov.com; jdavidson@cov.com

Allan B. Moore
One CityCenter
850 Tenth Street, N.W.
Washington, D.C. 20001-4956
(202) 662-5575
amoore@cov.com

*Counsel for Petitioner ExxonMobil Oil Corporation*