UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>        Petitioner,<br><br>    v.<br><br>TIG INSURANCE COMPANY,<br><br>        Respondent. | Civil Action No.: 1:16-cv-09527-ER<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Respondent TIG Insurance Company certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

TIG Insurance Company is a wholly-owned subsidiary of TIG Insurance Group, Inc., which is owned by TIG Holdings, Inc., which is owned by Fairfax, Inc., which is owned by FFHL Group, Ltd., which is owned by Fairfax Financial Holdings Limited, which is listed on The Toronto Stock Exchange under the symbol FFH (Canadian dollars) and FFH.U (US Dollars).

Dated: January 16, 2017
       New York, New York

                                  **CARROLL, McNULTY & KULL LLC**

                                  By:    s/ Christopher R. Carroll
                                            Christopher R. Carroll, Esq.
                                            Heather E. Simpson, Esq.
                                            570 Lexington Avenue, 8th Floor
                                            New York, New York 10022
                                            (646) 625-4000
                                            Attorneys for Respondent
                                            TIG Insurance Company

## CERTIFICATE OF SERVICE

CHRISTOPHER R. CARROLL, deposes and says that he is over the age of eighteen years and an attorney with the law firm of Carroll, McNulty & Kull LLC, counsel for Respondent TIG Insurance Company.

On the 16th day of January, 2017, deponent states that that service of a true copy of the within document was made via electronic filing upon:

P. Benjamin Duke, Esq.
Covington & Burling
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
pbduke@cov.com

Dated: January 16, 2017                                          s/ Christopher R. Carroll
         New York, New York                                    Christopher R. Carroll