```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/2/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXXONMOBIL OIL CORPORATION

                Petitioner,

– against –

TIG INSURANCE COMPANY,

                Respondent.

**ORDER**

16 Civ. 9527 (ER)

RAMOS, D.J.:

    For the reasons set forth on the record of the proceedings held before the undersigned on February 1, 2017, Petitioner's petition to compel Respondent to submit to arbitration and to enjoin Respondent from proceeding in the New York Supreme Court action (Doc. 1) is GRANTED. The Court stays all further proceedings in this case pending arbitration of the claims.

    SO ORDERED.

Dated:    February 2, 2017
            New York, New York

                                              Edgardo Ramos, U.S.D.J.