# EXHIBIT F



CHANGING THE WAY THE WORLD RESOLVES CONFLICT

November 14, 2017                                                                                       Via Email

Robert B. Davidson Esq.                    Gavin Kealey QC
JAMS                                       7 King's Bench Walk
620 Eighth Avenue 34th Floor               Temple, London EC4Y 7DS
New York, NY 10018                         United Kingdom
United States                              Tel: + 44 (0)20 7910 8300
T: (212) 607-2752                          Fax: + 44 (0)20 7910 8400
rdavidson@jamsadr.com                      GKealey@7kbw.co.uk

Re:   ExxonMobil Oil Corp v. TIG Insurance Company
      CPR File: G-18-13-G

Dear Messrs. Davidson and Kealey:

We hereby confirm that you have been appointed by the parties in the above matter (names and contact information provided below) to serve as the two party-appointed members of the arbitration panel for the above-mentioned dispute. The Panel Chair selection is pending.

You may consult with the parties only with respect to the selection of the Panel Chair.

Once the Chair is selected, CPR will send a letter to the complete Panel.

Sincerely yours,

Citlalli Grace, Esq.
Dispute Resolution Services Manager


Enclosure

cc:     Counsel (as listed below)

For ExxonMobil Oil Corp:                   For TIG Insurance Company:

Allan B. Moore                             Christopher E. Carroll
Covington & Burling LLP                    Christopher C. Novak
One City Center                            Heather E. Simpson
850 Tenth Street, NW                       Jillian Dennehy
Washington, DC 20001-4956                  Kennedys Law
T: 202 662 5575                            120 Mountain View Boulevard

abmoore@cov.com

Donald Brown
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
United States
T: (415) 591-7063
dwbrown@cov.com

Nicholas M. Lampros
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T: (424) 332-4755
nlampros@cov.com

P.O. Box 650
Basking Ridge, New Jersey 07920
T: (908) 848-1250
T: (908) 605-2974
christopher.carroll@kennedyscmk.com
christopher.novak@kennedyscmk.com
heather.simpson@kennedyscmk.com
jillian.dennehy@kennedyscmk.com