```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 5/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXXONMOBIL OIL CORPORATION,

                Petitioner,

v.

TIG INSURANCE COMPANY,

                Respondent.

16 Civ. 9527 (ER)

It is HEREBY ORDERED, ADJUDGED, AND DECREED: That for the reasons stated in the Court's Opinion and Order dated May 18, 2020, the Award of the Arbitral Tribunal dated August 14, 2019 ("Award") (Dkt. 38-1) is CONFIRMED; and

JUDGMENT IS HEREBY ENTERED on the Award in favor of Petitioner ExxonMobil Oil Corporation ("Mobil") and against Respondent TIG Insurance Company ("TIG") (a) in the amount of **$33,010,245.90**, representing the $25,000,000 awarded in the Award, plus pre-judgment interest on that amount accruing (pursuant to N.Y. C.P.L.R. §§ 5001, 5002, and 5004) at a rate of 9% per annum in the amount of $8,010,245.90, from October 30, 2016, through May 22, 2020; and (b) in the further amount of **$6,147.54** per day in pre-judgment interest, accruing at the same 9% per annum, from May 23, 2020, through the date on which this Judgment is entered. This judgment shall accrue post-judgment interest as mandated in 28 U.S.C. § 1961.

The Clerk of Court is directed to close this case.

Dated:    May 26, 2020
         New York, New York

                                                            Edgardo Ramos, U.S.D.J.