UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EXXONMOBIL OIL CORPORATION,

                    Petitioner,

      v.

TIG INSURANCE COMPANY,

                    Respondent.

**NOTICE OF APPEAL**

16 Civ. 9527 (ER)

---

      Notice is hereby given that TIG Insurance Company, Respondent in the above-captioned action, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on May 26, 2020, and from all orders and rulings preliminary or ancillary thereto that may be properly appealed from the entry of judgment, including but not limited to (1) this Court's order, dated February 2, 2017, which granted Petitioner ExxonMobil Oil Corporation's petition to compel Respondent to submit to arbitration and to enjoin Respondent from proceeding in a certain action pending in New York State Supreme Court, and which incorporated this Court's oral decision of February 1, 2017; and (2) this Court's opinion and order, dated May 18, 2020, which (a) granted Petitioner's motion to confirm a certain arbitration award and enter a final judgment that includes pre-judgment interest and (b) denied Respondent's motion to vacate the award.

Dated: June 19, 2020						Respectfully submitted,

  s/  Daniel P. Goldberg
Daniel P. Goldberg
Daniel M. Sullivan

HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, New York 10017
646-837-5151 (telephone)
646-837-5150 (facsimile)

 s/ Christoper R. Carroll
Christopher R. Carroll
Jillian G. Dennehy

KENNEDYS CMK LLP
570 Lexington Avenue, 8th Floor
New York, New York 10022
(646) 625-4000

**ATTORNEYS FOR RESPONDENT
TIG INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby cause the foregoing document to be electronically submitted with the clerk of court for the U.S. District Court, Southern District of New York, using the electronic case filing system of the court. I hereby certify that by so doing I hereby serve all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/  Daniel P. Goldberg
Daniel P. Goldberg