UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/2020

EXXONMOBIL OIL CORPORATION,

        Petitioner,

v.

TIG INSURANCE COMPANY,

        Respondent.

Case No. 16 Civ. 9527 (ER)

Bond # 10108718

## SUPERSEDEAS BOND

On May 26, 2020 final judgment in the amount of $33,034,836.10 was entered in favor of Petitioner ExxonMobil Oil Corporation and against Respondent TIG Insurance Company ("TIG") from which TIG has appealed to the United States Court of Appeals for the Second Circuit.

We, the appellant, TIG Insurance Company, as principal, and Hudson Insurance Company, as surety, jointly and severally agree to pay to ExxonMobil Oil Corporation, as judgment creditor, any part of the judgment that is not reversed, including interest, damages and costs, provided however that the surety's liability in no event exceeds the penal sum of this bond.

The penal sum of this bond is Thirty six million six hundred sixty eight thousand six hundred sixty eight hundred and 10/100 U.S. Dollars ($36,668,668.10).

Pursuant to Rule 8(b) of the Federal Rules of Appellate Procedure, Hudson Insurance Company as the surety, hereby submits itself to the jurisdiction of the District Court.

Dated this __22nd__ day of June, 2020.

Carlos del Carpio
Authorized Representative
TIG Insurance Company, as Principal

_____
Hudson Insurance Company, as Surety

APPROVED: _____
**United States District Judge**
DATED: 6 | 25 | 20

RUBY J. KRAJICK
CLERK OF COURT
approved 6/25/2020
BY _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXXONMOBIL OIL CORPORATION,

          Petitioner,          Case No. 16 Civ. 9527 (ER)

v.

TIG INSURANCE COMPANY,

          Respondent.

## SUPERSEDEAS BOND

On May 26, 2020 final judgment in the amount of $33,034,836.10 was entered in favor of Petitioner ExxonMobil Oil Corporation and against Respondent TIG Insurance Company ("TIG") from which TIG has appealed to the United States Court of Appeals for the Second Circuit.

We, the appellant, TIG Insurance Company, as principal, and Hudson Insurance Company, as surety, jointly and severally agree to pay to ExxonMobil Oil Corporation, as judgment creditor, any part of the judgment that is not reversed, including interest, damages and costs, provided however that the surety's liability in no event exceeds the penal sum of this bond.

The penal sum of this bond is Thirty six million six hundred sixty eight thousand six hundred sixty eight hundred and 10/100 U.S. Dollars ($36,668,668.10).

Pursuant to Rule 8(b) of the Federal Rules of Appellate Procedure, Hudson Insurance Company as the surety, hereby submits itself to the jurisdiction of the District Court.

Dated this _22nd_ day of June, 2020.

                    TIG Insurance Company, as Principal

                    Hudson Insurance Company, as Surety

**APPROVED:**

**United States District Judge**
**DATED:**  6\25\20

**HUDSON**
INSURANCE GROUP®

10108718

# POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That HUDSON INSURANCE COMPANY, a corporation of the State of Delaware, with offices at 100 William Street, New York, New York, 10038, has made, constituted and appointed, and by these presents, does make, constitute and appoint

## Amanda Akers

### of the State of FL

its true and lawful Attorney(s)-in-Fact, at New York, New York, each of them alone to have full power to act without the other or others, to make, execute and deliver on its behalf, as Surety, bonds and undertakings given for any and all purposes, also to execute and deliver on its behalf as aforesaid renewals, extensions, agreements, waivers, consents or stipulations relating to such bonds or undertakings provided, however, that no single bond or undertaking shall obligate said Company for any portion of the penal sum thereof in excess of the sum of

Thirty Six Million Six Hundred and Sixty Eight Thousand Six Hundred and Sixty Eight Dollars 10/100

Such bonds and undertakings when duly executed by said Attorney(s)-in-Fact, shall be binding upon said Company as fully and to the same extent as if signed by the President of said Company under its corporate seal attested by its Secretary.

In Witness Whereof, HUDSON INSURANCE COMPANY has caused these presents to be of its Senior Vice President thereunto duly on this 6th day of February , 20 20 at New York, New York.

**SEAL**

Attest......................................
**Dina Daskalakis**
Corporate Secretary

**HUDSON INSURANCE COMPANY**

By..........................................
**Michael P. Cifone**
Senior Vice President

STATE OF NEW YORK
COUNTY OF NEW YORK.      SS.

On the 6th day of February , 20 20 before me personally came Michael P. Cifone to me known, who being by me duly sworn did depose and say that he is a Senior Vice President of HUDSON INSURANCE COMPANY, the corporation described herein and which executed the above instrument, that he knows the seal of said Corporation, that the seal affixed to said instrument is such corporate seal, that it was so affixed by order of the Board of Directors of said Corporation, and that he signed his name thereto by like order.

(Notarial Seal)

**NOTARY PUBLIC**

......................................
**CAMERON GOURLAY**
Notary Public, State of New York
No. 01GO6372305
Qualified in New York County
Commission Expires June 4, 2022

STATE OF NEW YORK
COUNTY OF NEW YORK

## CERTIFICATION

The undersigned **Dina Daskalakis** hereby certifies:

That the original resolution, of which the following is a true and correct copy, was duly adopted by unanimous written consent of the Board of Directors of Hudson Insurance Company dated July 27th, 2007, and has not since been revoked, amended or modified:

"RESOLVED, that the President, the Executive Vice Presidents, the Senior Vice Presidents and the Vice Presidents shall have the authority and discretion, to appoint such agent or agents, or attorney or attorneys-in-fact, for the purpose of carrying on this Company's surety business, and to empower such agent or agents, or attorney or attorneys-in-fact, to execute and deliver, under this Company's seal or otherwise, bonds obligations, and recognizances, whether made by this Company as surety thereon or otherwise, indemnity contracts, contracts and certificates, and any and all other contracts and undertakings made in the course of this Company's surety business, and renewals, extensions, agreements, waivers, consents or stipulations regarding undertakings so made; and

FURTHER RESOLVED, that the signature of any such Officer of the Company and the Company's seal may be affixed by facsimile to any power of attorney or certification given for the execution of any bond, undertaking, recognizance, contract of indemnity or other written obligation in the nature thereof or related thereto, such signature and seal when so used whether heretofore or hereafter, being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed."

THAT the above and foregoing is a full, true and correct copy of Power of Attorney issued by said Company, and of the whole of the original and that the said Power of Attorney is still in full force and effect and has not been revoked, and furthermore that the Resolution of the Board of Directors, set forth in the said Power of Attorney is now in force.

Witness the hand of the undersigned and the seal of said Corporation this 22nd day of June , 20 20 .

**SEAL**
Corporate seal
1916

By..........................................
**Dina Daskalakis, Corporate Secretary**

# FLORIDA NOTARY ACKNOWLEDGMENT

STATE OF FLORIDA

COUNTY OF Seminole

The foregoing instrument was acknowledged before me this 22nd (numeric date) day of June (month), 2020 (year), by Amanda Akers (name of person acknowledging).

(Seal)

_____
Signature of Notary Public

Print, Type/Stamp Name of Notary

Personally known: X

OR Produced Identification: _____

Type of Identification Produced: _____

Notary Public State of Florida
Nancy Jean Petitto
My Commission GG 174433
Expires 01/10/2022



An OdysseyRe

Bill To:
Fairfax family of Companies
1035 Greenwood Blvd, Suite 265
Lake Mary, FL 32746

Invoice Date:   June 22, 2020
Invoice Number:  10108718136889

Bond Executed In The Following Company

Hudson Insurance Company

Due Date: 30 Days from Invoice Date or Per the terms of your agreement

| BOND NUMBER | BOND AMOUNT | CONTRACT AMOUNT | BOND TYPE | EFFECTIVE DATE | EXPIRATION DATE | STATE CODE |
|---|---|---|---|---|---|---|
| 10108718 | 36,668,668.10 | | 278 | 6/22/2020 | 06/21/2021 | NH |

| PRINCIPAL | OBLIGEE |
|---|---|
| TIG INSURANCE COMPANY (Riverstone) | United States District Court Souther District of New York |
| 250 Commercial St. | 500 Pearl St |
| Manchester, NH 03101 | New York, NY 10007 |

| COMMENTS |
|---|
| WG - .5% |

| BOND TITLE | PREMIUM | COMMISSION % | COMMISSION | NET PREMIUM | TAXES & FEES | AMOUNT DUE |
|---|---|---|---|---|---|---|
| NY Judicial | $183,343.00 | Tier Comm | | $183,343.00 | $ 0.00 | $ 183,343.00 |

Please make your check payable to:
Hudson Insurance Company-ASI Surety
And Mail To:
Hudson Insurance Company-ASI Surety
P.O.Box 7247
Philadelphia, PA 19170-7754