**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>          Petitioner,<br><br>     v.<br><br>TIG INSURANCE COMPANY,<br><br>          Respondent. | **NOTICE OF APPEAL**<br><br>Case No. 16-cv-09527 (MKV) |

Notice is hereby given that Respondent TIG Insurance Company appeals to the United States Court of Appeals for the Second Circuit from the October 14, 2021 order denying TIG's motion to vacate certain orders and the final judgment in this action (Dkt. No. 65).

Dated:  October 20, 2021                    /s/ Daniel P. Goldberg

                                            Daniel P. Goldberg
                                            Daniel M. Sullivan
                                            Alison B. Miller
                                            HOLWELL, SHUSTER & GOLDBERG LLP
                                            425 Lexington Avenue
                                            New York, New York 10017
                                            (646) 837-5151
                                            dgoldberg@hsgllp.com
                                            dsullivan@hsgllp.com
                                            amiller@hsgllp.com

                                            Christopher R. Carroll
                                            Jillian G. Dennehy
                                            KENNEDYS CMK LLP
                                            570 Lexington Avenue
                                            New York, New York 10022
                                            (908) 848-6310
                                            christopher.carroll@kennedyslaw.com
                                            jillian.dennehy@kennedyslaw.com

                                            *Attorneys for Respondent TIG Insurance Company*