```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXXONMOBIL OIL CORPORATION,

                Petitioner,

-v.-

TIG INSURANCE COMPANY,

                Respondent.

16 Cv. 9527 (MKV)

**ORDER**

MARY KAY VYSKOCIL, District Judge:

    IT IS HEREBY ORDERED that, on or before August 22, 2022, the parties submit a proposed amended judgment that accords with the Second Circuit's ruling in this case. [*See* ECF No. 69].

Dated:  August 15, 2022
           New York, New York

                                            MARY KAY VYSKOCIL
                                            United States District Judge

1